| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
June 04, 2019
David J. Bradley, Clerk

Nicholas Sinopoli, §
　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　§
versus　　　　　　　§　　Civil Action H-19-1382
　　　　　　　　　　§
Windsor Property Management Co., et al., §
　　　　　　　　　　§
　　　　Defendants. §

## Order on Reconsideration

The motion to reconsider is denied. (19)

Signed on June __3__, 2019, at Houston, Texas.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　United States District Judge